FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-3099
_____

OSYMA DEL VALLE,

    Appellant,

    v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and
MORNING STAR CENTERS, INC.,

    Appellees.

_____

On appeal from the Reemployment Assistance Appeals
Commission.
Charles T. Faircloth, Chairman.

May 8, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a)

ROBERTS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Osyma Del Valle, pro se, Appellant.

Amanda L. Neff, Deputy General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.